**FILED**

September 30, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CUONG CACH,<br>        Defendant. | Case No. MAG. 10-0290-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CUONG CACH, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00

    _X_   Unsecured Appearance Bond (Interim - $150,000.00)

    _X_   $120,000.00 Secured Appearance Bond and $30,000.00 Unsecured Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The secured bond paperwork is to be filed by 10/29/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09-30-10  at  4:11 PM

By _____
/ Edmund F. Brennan
United States Magistrate Judge