1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. CR 10-427 FCD |
| Plaintiff, ) | |
| ) | STIPULATION PERMITTING |
| v. ) | ADDITIONAL TIME TO FILE |
| ) | THE PROPERTY BOND |
| CUONG CACH, ) | |
| Defendant. ) | |
| ==============================) | Judge: Hon. Kimberly J. Mueller |

TO: BENJAMIN WAGNER, U.S. Attorney, and TODD LERAS, Asst. U.S. Attorney:

The current deadline for Cuong Cach to file the property bond that secures his pre-trial release is tomorrow, October 29, 2010.

Defendant CUONG CACH, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Todd Leras, stipulate as follows:

The new deadline for Mr. Cach to complete the filing of the property bond is Friday, November 12, 2010.  Moreover, a new and different property, 8556 German Drive, Sacramento, CA, 95828, will secure the $120,000 secured portion of the Appearance Bond.

Dated:  October 28, 2010                    Respectfully submitted,

                                            /s/ Michael D. Long_____
                                            MICHAEL D. LONG
                                            Attorney for Mr. Cach

-1-

Dated:  October 28, 2010

BENJAMIN WAGNER
United States Attorney

/s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney
Signed by Mr. Long with the permission
of Mr. Leras

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-10-427 FCD
              Plaintiff,  )
                                    ) ORDER
   v.  )
                                    )
CUONG CACH,  )
              Defendant.  ) Judge: Hon. Kimberly J. Mueller
================================)

     IT IS HEREBY ORDERED that the pre-trial release conditions for defendant CUONG CACH are modified in the following manner:

     The new deadline for Mr. Cach to complete the filing of his property bond is Friday, November 12, 2010.

Dated:  October 29, 2010.

_____
U.S. MAGISTRATE JUDGE

-3-